# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NATASSIA M. WALKER
1504 SEMINARY ST.
ROCKFORD, IL  61104

SSN-xxx-xx-4224

Case Number: 05-74518

Case filed on: 9/1/2005
Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,343.75        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NATASSIA M. WALKER | 0.00 | 0.00 | 43.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 43.75 | 0.00 |
| 001 | GARY'S AUTO SALES | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
|  | Total Secured | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| 002 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BRUCK LAW OFFICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 651.04 | 651.04 | 137.77 | 0.00 |
| 007 | CHOICE ONE COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SECURITY FINANCE | 432.90 | 432.90 | 91.60 | 0.00 |
| 012 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COTTONWOOD FINANCIAL LTD | 912.60 | 912.60 | 193.11 | 0.00 |
| 015 | AFNI/VERIZON | 521.12 | 521.12 | 110.27 | 0.00 |
|  | Total Unsecured | 2,517.66 | 2,517.66 | 532.75 | 0.00 |
|  | Grand Total: | 7,881.66 | 7,881.66 | 5,940.50 | 0.00 |

Total Paid Claimant: $5,940.50
Trustee Allowance: $403.25
Percent Paid Unsecured: 21.16

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008           By  /s/Heather M. Fagan